After Recording Return To:
PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505
800-899-9027

———————————[Space Above This Line For Recording Data]———————————

# MAINE ASSIGNMENT OF MORTGAGE

For Value Received, JPMorgan Chase Bank, National Association, the undersigned holder of a Mortgage (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto FEDERAL NATIONAL MORTGAGE ASSOCIATION, (herein "Assignee"), whose address is 14221 Dallas Parkway, Suite 100, Dallas, TX 75254, all beneficial interest under a certain Mortgage dated February 6, 2006 and recorded on February 8, 2006, made and executed by JOHN E MCDONALD, JR AND THERESA J MCDONALD, upon the following described property situated in OXFORD EAST County, State of Maine:
Property Address: 24 MEXICO AVENUE, MEXICO, ME 04257

such Mortgage having been given to secure payment of Seventy Six Thousand and 00/100ths ($76,000.00), which Mortgage is of record in Book, Volume, or Liber No. 3885, at Page 245 (or as No. 1765), in the Register of Deeds of OXFORD EAST County, State of Maine.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2812        Page 1 of 3        L73108ME 01/12 Rev. 02/14


EXHIBIT E

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on 03/24/2014.



Assignor:
JPMorgan Chase Bank, National Association

By: Christine V. Phenix

Its: Vice President

## ACKNOWLEDGMENT

State of Louisiana §
§
Parish of Ouachita §

On this **24th** day of **March**, before me appeared **Christine V. Phenix**, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **Vice President**, of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said national association and that the instrument was signed and sealed on behalf of the national association by authority of its board of directors and that **Christine V. Phenix** acknowledged the instrument to be the free act and deed of the national association.

**TODD C SYLVESTER**
**NOTARY PUBLIC # 062367**
**OUACHITA PARISH LOUISIANA**
**MY COMMISSION IS FOR LIFE**

Signature of Person Taking Acknowledgment

**TODD C SYLVESTER #062367**
Printed Name

**NOTARY PUBLIC**
Title or Rank

Serial Number, if any: **N/A**

My Commission Expires: **AT DEATH**

(Seal)

Maine Assignment of Mortgage
JPMorgan Chase Bank N.A. Project W2812      Page 3 of 3      L73108ME 01/12 Rev. 02/14

Recorded: Oxford East County Jul 21, 2014 02:49P
Register of Deeds Patrica A. Shearman